BENJAMIN B. WAGNER
United States Attorney
PETER M. MULARCZYK
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:13-MJ-00372-EFB |
| Plaintiff, | ) [~~PROPOSED~~] ORDER CONTINUING COURT TRIAL |
| v. | ) |
| EUGENE MURPHY, | ) |
| Defendant. | ) DATE: January 7, 2013<br>) TIME: 10:00 a.m.<br>) JUDGE: Hon. Edmund F. Brennan |

It is hereby ordered that the court trial scheduled for January 7, 2013 at 10:00 a.m. is continued to January 28, 2014 at 9:00 a.m.

IT IS SO ORDERED.

Dated: December 19, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE