HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA HARTER, #179741
Chief Assistant for the Federal Defender
MICHAEL HEUMANN
KATIE REED
Certified Law Students
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
EUGENE MURPHY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 13-MJ-372-EFB |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE TRIAL TO APRIL 8, 2014, AT 10:00 A.M. |
| v. | ) ) |  |
| EUGENE MURPHY, | ) ) | Date:   February 18, 2014 |
| Defendant. | ) ) | Time:   10:00 a.m. Judge:  Honorable Edmund F. Brennan |
|  | ) ) |  |

The parties stipulate, through respective counsel, that the Court should continue the trial set for February 18, at 10:00 a.m., to April 8, 2014, at 10:00 a.m. This case concerns a charge of driving without a valid license. The parties anticipate this extension will permit the parties to reach a resolution.

DATED: February 18, 2014           Respectfully Submitted,

                                   HEATHER E. WILLIAMS
                                   Federal Defender

                                   /s/ Linda Harter
                                   LINDA HARTER
                                   Chief Assistant Federal Defender
                                   Attorneys for Eugene Murphy

Stipulation to Continue                -1-                          13-MJ-372-EFB

|   |   |
|---|---|
| 1 | |
| 2 | /s/ Peter Mularczyk |
| 3 | PETER MULARCZYK<br>Special Assistant U.S. Attorney |

## **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order.

The Court orders the trial rescheduled for April 8, 2014, at 10:00 a.m.

DATED:  February 18, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE